No. 422, Misc. HAMILTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 442, Misc. BEAL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 449, Misc. PENNSYLVANIA EX REL. SAWCHAK *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. *Paul J. Winschel* for petitioner.

No. 450, Misc. MURRAY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 466, Misc. SCHUYLER *v.* MORAN, CHAIRMAN OF NEW YORK STATE BOARD OF PAROLE, ET AL. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondents

No. 475, Misc. AYERS *v.* PARRY ET AL. C. A. 3d Cir. Certiorari denied.

No. 479, Misc. BERNSTEIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.